# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0408
_____

RIKESHA MONIQUE JACKSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Santa Rosa County.
Jose Giraud, Judge.

February 20, 2026

PER CURIAM.

AFFIRMED.

LEWIS, ROBERTS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.